IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:95-488-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERALD SALLEY | ) | |
| | ) | |
| _____ | ) | |

The defendant has filed a second motion under 18 U.S.C. § 3582 to reduce his sentence under Amendment 750 of the United States Sentencing Guidelines. The defendant's first motion to reduce (ECF No. 741) was denied by this court on January 17, 2012 (ECF No. 750). The court indicated in that order that Amendment 750 did not lower the defendant's guideline range and thus a reduction was unavailable to him.

Under *United States v. Goodwyn*, 596 F.3d 233 (4th Cir. 2010), this court is without authority to consider a second § 3582 motion or a motion for reconsideration of the initial order granting or denying a reduction under Amendment 750. Accordingly, the defendant's second § 3582 motion (ECF No. 776) is denied.

IT IS SO ORDERED.

January 25, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge